# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**CHARLES JOHNSON, et al.,**

    **Plaintiffs,**

v.                                               **CIVIL ACTION NO. 3:13-cv-6529**

**FORD MOTOR COMPANY,**

                                               **Honorable Robert C. Chambers**

    **Defendant.**

## NOTICE OF VIDEOTAPED DEPOSITION OF BASEL ABBASI

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, notice is hereby given that the undersigned counsel will take the deposition of Basel Abbasi on June 6, 2016, beginning at 9:00 a.m. EST, and continuing thereafter until completed.  The deposition will be taken at The Hilton Garden Inn Detroit Metro Airport, located at 31800 Smith Road, Romulus, MI 48174.  The foregoing deposition will be taken upon oral examination before a Court Reporter for discovery or evidentiary purposes, or both, and the same will continue from day to day until completed.  Testimony will be recorded by stenographic and audiovisual means.  You are invited to attend.

Dated: May 24, 2016                             Respectfully submitted,

                                                           /s/ *Nathan B. Atkinson*
                                                           Niall A. Paul (WV Bar No. 5622)
                                                           **SPILMAN, THOMAS & BATTLE, PLLC**
                                                           300 Kanawha Boulevard, East
                                                          Charleston, West Virginia  25301
                                                         Tel: (304) 340-3800
                                                         npaul@spilmanlaw.com

Nathan B. Atkinson (WV Bar No. 10757)
**SPILMAN THOMAS & BATTLE, PLLC**
110 Oakwood Drive, Suite 500
Winston-Salem, North Carolina 27103
Tel: (336) 725-4710
natkinson@spilmanlaw.com

Adam J. Levitt
John E. Tangren
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Tel: (312) 214-0000
alevitt@gelaw.com
jtangren@gelaw.com

Jeff A. Almeida
Kyle J. McGee
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, Delaware 19801
Tel: (302) 622-7000
jalmeida@gelaw.com

Mark DiCello
Robert F. DiCello
**THE DICELLO LAW FIRM**
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
Tel: (440) 953-8888
markdicello@dicellolaw.com
rfdicello@dicellolaw.com

Timothy C. Bailey (WV Bar No. 5839)
L. Lee Javins, II (WV Bar No. 6613)
**BAILEY, JAVINS & CARTER, L.C.**
213 Hale Street
Charleston, West Virginia 25301
Tel: (304) 932-4639
Timbailey@bjc4u.com
Ljavins@bjc4u.com

James R. Bartimus
Bradley D. Honnold
Anne M. Tarvin
**BARTIMUS, FRICKLETON, ROBERTSON**
  **& GOZA, P.C.**
11150 Overbrook Road, Suite 200
Leawood, Kansas  66211
Tel:  (913) 266-2300
jb@bflawfirm.com
bhonnold@bflawfirm.com
atarvin@bflawfirm.com

Stephen M. Gorny
**THE GORNY LAW FIRM, LC**
2 Emanuel Cleaver II Blvd., Suite 410
Kansas City, Missouri  64112
Tel:  (888) 753-8824
steve@gornylawfirm.com

John T. Murray
**MURRAY AND MURRAY CO., L.P.A.**
111 East Shoreline Drive
Sandusky, Ohio  44870
Tel:  (419) 624-3000
jotm@murrayandmurray.com

John Scarola
C. Calvin Warriner III
**SEARCY DENNEY SCAROLA**
  **BARNHART & SHIPLEY, P.A.**
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida  33409
Tel:  (800) 780-8607
jsx@searcylaw.com
ccw@searcylaw.com

Joseph J. Siprut
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois  60602
Tel:  (312) 236-0000
jsiprut@siprut.com

Keith G. Bremer
Alison K. Hurley
Benjamin L. Price
**BREMER WHYTE BROWN
 & O'MEARA, LLP**
20320 S.W. Birch Street, Second Floor
Newport Beach, California 92660
Tel: (949) 221-1000
kbremer@bremerwhyte.com
ahurley@bremerwhyte.com
bprice@bremerwhyte.com

E. Powell Miller
Richard L. Merpi II
Martha J. Olijnyk
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com
rlm@millerlawpc.com
mjo@millerlawpc.com

Grant L. Davis
Thomas C. Jones
Timothy C. Gaarder
**DAVIS, BETHUNE & JONES, L.L.C.**
1100 Main Street, Suite 2930
Kansas City, Missouri 64105
Tel: (816) 421-1600
gdavis@dbjlaw.net
tgaarder@dbjlaw.net

Gregory M. Travalio
Mark H. Troutman
ISAAC WILES BURKHOLDER
 & TEETOR, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Tel: (614) 221-2121
gtravalio@isaacwiles.com
mtroutman@isaacwiles.com

Stephen J. Fearon, Jr.
**SQUITIERI & FEARON, LLP**
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492
stephen@sfclasslaw.com

Paul Bucci
**LAFFEY BUCCI KENT LLP**
1435 Walnut Street, Suite 700
Philadelphia, Pennsylvania 19102
Tel: (215) 399-9255
pbucci@laffeybuccikent.com

Michael Jaffe
Malcolm T. Brown
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
jaffe@whafh.com
brown@whafh.com

Edgar F. Heiskell, III (WV Bar No. 1668)
Attorney at Law
Post Office Box 3232
Charleston, West Virginia 25332
Tel: (304) 989-4459
f-102jock@hotmail.com

Donald H. Slavik
**SLAVIK LAW FIRM, LLC**
2834 Blackhawk Court
Steamboat Springs, Colorado 80487
Tel: (970) 457-1011
dslavik@slavik.us

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**CHARLES JOHNSON, et al.,**

        **Plaintiffs,**

**v.**

**FORD MOTOR COMPANY,**

        **Defendant.**

**CIVIL ACTION NO.:
3:13-cv-6529;**

**Honorable Robert C. Chambers**

## CERTIFICATE OF SERVICE

I, Nathan B. Atkinson, do hereby certify that on May 24, 2016 I electronically filed the foregoing "*Notice of Videotaped Deposition of Basel Abbasi*" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for Defendant:

Michael Bonasso
William Hanna
**Flaherty Sensabaugh Bonasso PLLC**
P.O Box 3843
Charleston, WV  25338-3843
mbonasso@fsblaw.com
whanna@fsblaw.com

Peter J. Fazio
**Aaronson Rappaport Feinstein &
 Deutsch, LLP**
600 Third Avenue, 5th Floor
New York, NY  10016
pjfazio@arfdlaw.com

J. Tracy Walker, IV
**McGuire Woods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
twalker@mcguirewoods.com

Jodi Munn Schebel
**Bowman and Brooke, LLP**
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
jschebel@bowmanandbrooke.com

        */s/ Nathan B. Atkinson*
        Nathan B. Atkinson (WV Bar No. 10757)

6