IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHARLES JOHNSON, et al.,

        Plaintiffs,

v.                           CIVIL ACTION NO.   3:13-6529

FORD MOTOR COMPANY,

        Defendant.

### ORDER

Pending before the Court is Plaintiffs' Motion for Leave and Notice of Supplementation of Dr. Koopman's Curriculum Vitae. ECF No. 1169. For reasons appearing before the Court, the Court **DENIES** the motion.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       March 26, 2018

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE