# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

CHARLES JOHNSON, et al.,

        Plaintiffs,

v.                           CIVIL ACTION NO. 3:13-6529

FORD MOTOR COMPANY,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, and the Memorandum Opinion and Order entered on February 27, 2018, the Court **ENTERS** summary judgment in favor of Defendant Ford Motor Company and **DIRECTS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

        ENTER:        March 26, 2018

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE